STATE OF NEW JERSEY v. MARGARO SCULL.

March 4, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CULLEN DARBY.

March 4, 1985.

Petition for certification denied.   (See 200 *N.J.Super.* 327)

STATE OF NEW JERSEY v. SHERMAN BYRNES.

March 4, 1985.

Petition for certification denied.

IN THE MATTER OF THE REFUSAL OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION TO ALLOW THE TOWNSHIP OF MOUNT LAUREL TO INTERVENE IN THE APPLICATION FOR REGISTRATION OF TROFE INCINERATION, INC., AS A SOLID WASTE FACILITY.

March 4, 1985.

Petition for certification denied.